IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:10cr118-MHT |
| | ) | (WO) |
| SHEDRICK MOSLEY | ) | |

## JUDGMENT

Based on the oral findings of fact and conclusions of law stated in open court on January 26, 2016, it is the ORDER, JUDGMENT, and DECREE of the court that the defendant is not guilty of the violations charged in the revocation petition (doc. no. 101) and that said revocation petition is denied.

DONE, this the 26th day of January, 2016.

　　　　　　　　　　　　　　　_/s/ Myron H. Thompson_
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**