IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        1:10cr118-MHT
                            )            (WO)
SHEDRICK MOSLEY             )
```

ORDER

In the findings of fact and conclusions of law stated on the record in open court today, the court misspoke in one instance. It is ORDERED that the finding that "the evidence raises a question as to whether Cummings was reaching for a gun; whether Cummings was reaching for a machete he kept in the car," Transcript (doc. no. 131), at 5: 8-10, should instead read "the evidence raises a question as to whether Cummings was reaching for a machete he kept in the car."

DONE, this the 27th day of January, 2016.

          _/s/ Myron H. Thompson_
          UNITED STATES DISTRICT JUDGE