IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **1:10cr118-MHT** |
| | ) | (WO) |
| **SHEDRICK MOSLEY** | ) | |

## ORDER

Based on the representations made on the record on July 31, 2017, it is ORDERED that a hearing is set for August 31, 2017, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, on the following two matters:

(1) sentencing on the initial revocation petition (doc. no. 140); and

(2) an evidentiary hearing on the amended revocation petition (doc. no. 158).

DONE, this the 1st day of August, 2017.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**